UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL OLVERA,<br><br>             Plaintiff,<br><br>    v.<br><br>WARDEN KEN CLARK, et al.<br><br>             Defendants. | No. 1:21-cv-00893-NONE-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 12) |

Plaintiff Joel Olvera is a state inmate proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 7, 2021, the assigned magistrate judge issued findings and recommendations to dismiss this case without prejudice because plaintiff had failed to prosecute this case and comply with court orders.  (Doc. No. 12.)  Plaintiff was given fourteen days to file any objections. To date, plaintiff has not filed any objections, and the time to do so has since expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

/////

/////

1

Accordingly,

1. The findings and recommendations issued on October 7, 2021, (Doc. No. 12), are adopted in full;
2. This case is dismissed, without prejudice, because of plaintiff's failure to prosecute this case and comply with court orders; and
3. The Clerk of the Court is directed to assign a district judge to this action for purposes of closure and to close this case.

IT IS SO ORDERED.

Dated: **November 16, 2021**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE